AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| MICHAEL FAHMY, an individual; and FAHMIA, INC a California corporation <br><br>*Plaintiff(s)*<br><br>v.<br><br>JOHN W. FAHMY, an individual; SABRY FAHMY, an individual; NASR FAHMY, an individual; FAHMY CO., a California Corporation; TAX DEADLINE INC., a California Corporation; (see Attachment #1)<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:26-cv-07668 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John W. Fahmy
22314 Redbeam Ave.
Torrance, CA 90505

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Omid E. Khalifeh
OMNI LEGAL GROUP
10880 WILSHIRE BLVD. STE. 1860
Los Angeles, CA 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-07668

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print        Save As...        Reset

UNITED ST ATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


MICHAEL FAHMY, an individual; and FAHMIA, INC, a California corporation

v.

JOHN W. FAHMY, an individual; SABRY FAHMY, an individual; NASR FAHMY, an individual; FAHMY CO., a California Corporation; TAX DEADLINE INC., a California Corporation; FLY INSURANCE AGENCY, a California Corporation; and Does 1 through 10, inclusive

Case No. 2:26-cv-07668


## ATTACHMENT #2 TO SUMMONS


JOHN W. FAHMY
22314 Redbeam Ave.
Torrance, CA 90505

SABRY FAHMY, an individual;
22314 Redbeam Ave.
Torrance, CA 90505

NASR FAHMY, an individual;
20707 Anza Ave.
Torrance, CA 90503

FAHMY CO., a California Corporation;
20707 Anza Ave.
Torrance, CA 90503

TAX DEADLINE INC., a California Corporation;
22314 Redbeam Ave.

Torrance, CA 90505

FLY INSURANCE AGENCY, a California Corporation;
22314 Redbeam Ave.
Torrance, CA 90505